792 A.2d 408

IN THE MATTER OF ANTHONY T. COLASANTI, AN ATTORNEY AT LAW (ATTORNEY NO. 241291967).

March 20, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–039, concluding that **ANTHONY T. COLASANTI** of **WEST CALDWELL,** who was admitted to the bar of this State in 1967, should be reprimanded for violating *RPC* 1.15(a)(negligent misappropriation of client trust funds), *RPC* 1.15(d), and *R.* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **ANTHONY T. COLASANTI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.